UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF PUERTO RICO (SAN JUAN)


JOSE A. ROBLES,
      Petitioner,


V.                     Case No. 97-74·(DRD)


UNITED STATES OF AMERICA,
      Respondent,

---

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

---

NOW INTO COURT COMES_____ Jose A. Robles _____, the defendant appearing through pro se representation, respectfully moves this Honorable Court, pursuant to **Rules 24(a)** of the **Federal Rules  of Appellate Procedure and 28 U.S.C.A. § 1915,** for an order permitting the petitioner to proceed in forma pauperis to have the court appointment of counsel to file a **28 U.S.C. § 3582(c)(2).** Motion for reduction of sentence based on **U.S.S.G. 1B1.10(c)** made retroactive March 3, 2008.

      **In support therefore, defendant states as follows:**

    1.) That he is the defendant in the above entitled cause of action.

    2.) That because of my proverty I am unable to pay the costs of this cause or give security therefore.

    3.) I believe that I am entitled to the redress I seek in said cause

    4.) That an application to proceed in forma pauperis, supporting documentation and order attached hereto is made part of this motion by reference herein.

## REQUEST FOR APPOINTMENT OF COUNSEL

I am (name) _____Jose A. Robles_____, and I am unable to afford counsel for the purpose of making a motion to the court to review my sentence under the Retroactive Guidelines Amendment. I hereby request that counsel be appointed by the court to assist me.

_Jose A Robles_

JOSE A. ROBLES #11607-069
F.C.I. OAKDALE-LOW
P.O. BOX 5000
OAKDALE, LA. 71463-5000

___JANUARY 30, 2008___
Date

## REQUEST TO PROCEED WITH CONSIDERATION

I am (name) _____Jose A. Robles_____, hereby request the United States District Court, Puerto Rico          to proceed with consideration for a modified term of imprisonment as a result of the recent amendment to the United States Sentencing Guidelines issued by the United States Sentencing Commission effective November 1, 2007, and made retroactive by United States Sentencing Guidelines, Section 1B1.10, to be effective March 3, 2008.

_Jose A. Robles_

JOSE A. ROBLES #11607-069

___JANUARY 30, 2008___
Date

5.)The nature of saod cause is briefly stated as follows:

I was sentenced to a Federal Correctional Institution by the
United States District Court for the___San Juan_____ District
of ___Puerto rico____ . The the present proceeding was commenced
do to the change of the guidelines 1B1.10(c), made retroactive by
the sentencing commission November 1, 2007.


WHEREFORE, Petitioner, respectfully urges that this Honorable
Court to permit him to proceed in forma pauperis in this court.

*Jose A. Robles*

JOSE A. ROBLES #11607-069
F.C.I.   OAKDALE-LOW
P.O. BOX  5000
OAKDALE, LA. 71463-5000