## CERTIFICATE

### (To be completed by Authorized Officer of Penal Institution)

I hereby certify that the petitioner herein, __Robles-Rodriguez, Jose   Reg. No. 11607-069,__ has the sum of $ .19 on account to his credit at the Federal Correctional Institution where he is confined. I further certify that the petitioner likewise has the following securities to his credit according to the records of said _____N/A_____ institution:

**National Six Month Average Daily Balance: $ 27.71**

_____

_____

                                      Donald C. Bryant, Counselor
                                   **Authorized Officer of Institution**

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_____ DAY OF _____, 2008

                          _____
                              Notary Public

My Commission expires:

_____





## FEDERAL BUREAU OF PRISONS

### Deposits

| Inmate Register #: | 11607069 | | |
|---|---|---|---|
| Inmate Reg #: | 11607069 | Current Institution: | Oakdale Complex |
| Inmate Name: | ROBLES-RODRIGUEZ, JOSE | Housing Unit: | OAK-A-B |
| Report Date: | 01/31/2008 | Living Quarters: | A08-442L |
| Report Time: | 3:24:24 PM | | |

- Inmate Inquiry
- Administrative Holds
- All Transactions
- Controlled Items
- Debt History
- Deposits
- FRP Payment History
- Inmate Statement
- Outstanding Neg Instr
- Phone Info
- Phone Transfers
- Serial Num. Tracking
- Withdrawals

- All Deposits
- All Withdrawals
- Indigent Inmates
- OTC Med Qualified-HU
- OTC Med Qualified-LQ
- OTC Med Qualified-R

| Date/Time | Transaction Type | Amount | Ref# | Payn |
|---|---|---|---|---|
| 1/27/2008 5:01:09 PM | Phone Withdrawal | ($1.00) | TFN0127 | |
| 1/27/2008 11:05:59 AM | Phone Withdrawal | ($1.00) | TFN0127 | |
| 1/26/2008 4:08:37 PM | Phone Withdrawal | ($1.00) | TFN0126 | |
| 1/26/2008 10:27:38 AM | Phone Withdrawal | ($2.00) | TFN0126 | |
| 1/24/2008 3:19:31 PM | Phone Withdrawal | ($5.00) | TFN0124 | |
| 1/23/2008 9:30:03 AM | Phone Withdrawal | ($7.00) | TFN0123 | |
| 1/23/2008 7:00:22 AM | Phone Withdrawal | ($5.00) | TFN0123 | |
| 1/22/2008 4:49:46 PM | Phone Withdrawal | ($10.00) | TFN0122 | |
| 1/22/2008 10:31:40 AM | Phone Withdrawal | ($10.00) | TFN0122 | |
| 1/22/2008 5:01:53 AM | Lockbox - CD | $30.00 | 70100204 | |
| 1/21/2008 11:20:19 AM | Phone Withdrawal | ($5.00) | TFN0121 | |
| 1/15/2008 5:18:37 PM | Sales | ($38.70) | 122 | |
| 1/14/2008 4:41:19 PM | Phone Withdrawal | ($5.00) | TFN0114 | |
| 1/14/2008 6:53:36 AM | Phone Withdrawal | ($5.00) | TFN0114 | |
| 1/13/2008 8:35:49 PM | Phone Withdrawal | ($5.00) | TFN0113 | |
| 1/13/2008 6:49:39 AM | Phone Withdrawal | ($10.00) | TFN0113 | |
| 1/12/2008 1:54:52 PM | Phone Withdrawal | ($10.00) | TFN0112 | |
| 1/12/2008 7:29:56 AM | Phone Withdrawal | ($4.00) | TFN0112 | |
| 1/11/2008 4:45:37 PM | Phone Withdrawal | ($10.00) | TFN0111 | |
| 1/11/2008 6:49:34 AM | Phone Withdrawal | ($10.00) | TFN0111 | |
| 1/10/2008 4:18:30 PM | Phone Withdrawal | ($10.00) | TFN0110 | |
| 1/10/2008 3:23:55 PM | Payroll - UNICOR | $124.37 | HIS3008 | |
| 1/1/2008 1:03:19 PM | Phone Withdrawal | ($8.00) | TFN0101 | |
| 12/31/2007 6:35:50 PM | Phone Withdrawal | ($5.00) | TFN1231 | |
| 12/28/2007 3:26:09 PM | Phone Withdrawal | ($1.00) | TFN1228 | |
| 12/24/2007 1:40:26 PM | Phone Withdrawal | ($5.00) | TFN1224 | |
| 12/24/2007 11:21:18 AM | Phone Withdrawal | ($1.00) | TFN1224 | |
| 12/23/2007 5:52:40 PM | Phone Withdrawal | ($1.00) | TFN1223 | |
| 12/22/2007 9:47:49 AM | Phone Withdrawal | ($1.00) | TFN1222 | |
| 12/19/2007 10:16:17 AM | Phone Withdrawal | ($2.00) | TFN1219 | |
| 12/16/2007 1:27:33 PM | Phone Withdrawal | ($1.00) | TFN1216 | |
| 12/15/2007 6:59:54 AM | Phone Withdrawal | ($5.00) | TFN1215 | |
| 12/14/2007 3:16:32 PM | Phone Withdrawal | ($5.00) | TFN1214 | |
| 12/14/2007 7:12:23 AM | Phone Withdrawal | ($1.00) | TFN1214 | |
| 12/13/2007 3:50:50 PM | Phone Withdrawal | ($2.00) | TFN1213 | |
| 12/12/2007 5:49:34 PM | Phone Withdrawal | ($2.00) | TFN1212 | |
| 12/12/2007 6:42:31 AM | Phone Withdrawal | ($6.00) | TFN1212 | |
| 12/11/2007 5:11:37 PM | Sales | ($32.10) | 132 | |
| 12/10/2007 4:33:30 PM | Phone Withdrawal | ($10.00) | TFN1210 | |
| 12/10/2007 4:14:30 PM | Payroll - UNICOR | $88.33 | HIS3003 | |
| 12/8/2007 6:18:21 AM | Phone Withdrawal | ($7.00) | TFN1208 | |
| 12/7/2007 5:24:57 PM | Phone Withdrawal | ($1.00) | TFN1207 | |
| 12/6/2007 6:02:40 PM | Phone Withdrawal | ($6.00) | TFN1206 | |
| 12/6/2007 3:21:11 PM | Phone Withdrawal | ($3.00) | TFN1206 | |
| 12/5/2007 6:49:55 PM | Phone Withdrawal | ($2.00) | TFN1205 | |
| 12/5/2007 3:19:05 PM | Phone Withdrawal | ($1.00) | TFN1205 | |
| 12/4/2007 5:49:31 PM | Phone Withdrawal | ($8.00) | TFN1204 | |
| 12/4/2007 5:00:22 PM | Sales | ($52.25) | 91 | |
| 12/3/2007 10:26:53 PM | Phone Withdrawal | ($10.00) | TFN1203 | |
| 12/1/2007 5:13:21 AM | Lockbox - CD | $20.00 | 70196801 | |

1 2 3 4